No. 95–7956. YATES v. GODWIN. C. A. 5th Cir. Certiorari denied.

No. 95–7958. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–7964. SIQUEROS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–7969. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–7970. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–7976. JAE v. GOOD. C. A. 3d Cir. Certiorari denied.

No. 95–7977. MCREYNOLDS v. PATAKI, GOVERNOR OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 95–7983. SMITH v. HERRING, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7990. WRIGHT v. BROWN, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7991. ZANKICH v. ALLEN, CLERK, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7998. CORTEZ ESCAMILLA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8001. RIVENS v. DUNN ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8008. PARKS v. ALLSTATE INSURANCE CO. Ct. App. Ga. Certiorari denied.

No. 95–8009. MANGRUM v. SIMMONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8013. CAMPISI v. MAFFEO, TRUSTEE OF THE JOHN CAPOBIANCO TRUST, ET AL. C. A. 1st Cir. Certiorari denied.